ELBERT J. DECKER, Plaintiff, *v.* THE CITY OF NEW YORK et al., Respondents, and THE TOWN OF HEMPSTEAD, Appellant.

*New York city — municipal corporations — boundaries — action to set aside tax liens issued by city of New York on ground land was not in city — boundary between city of New York and town of Hempstead.*

*Decker* v. *City of New York*, 216 App. Div. 334, affirmed.

(Argued March 3, 1927; decided March 29, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 18, 1926, unanimously affirming a judgment in favor of defendants, respondents, entered upon a dismissal of the complaint by the court on trial at Special Term. The action was to remove certain tax liens issued by the city of New York on plaintiff's property at Far Rockaway on the southerly side of an inlet from Jamaica bay known as Mott Basin. Plaintiff contended the property was within the town of Hempstead and not taxable by the city. The question turned upon the boundary line of the former village of Far Rockaway. Plaintiff and the town of Hempstead claimed that straight lines, as shown on the map and as mentioned in the description, are controlling. The city of New York claimed that the words " along Jamaica bay " are controlling and that the boundary line of the village, where it touches the bay, is the bay, thus including the plaintiff's land in the city.

*Charles S. Noyes* and *William J. Morris* for appellant.

*George P. Nicholson*, Corporation Counsel (*J. Joseph Lilly* and *Charles Bradshaw* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ. Not sitting: O'BRIEN, J.